I. Ury, appellee, v. Albert J. Simon and Morris Bordacov. Morris Bordacov, appellant. Gen No. 32,147.

Opinion filed April 3, 1928.

William Jaffe, for appellant. Tannenbaum & Polikoff and Maurice Weissman, for appellee.·

Mr. Presiding Justice Barnes delivered the opinion of the court.